## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re: RICE, DANIEL D<br>　　　　RICE, SHERLYN J | Case No. 07-31303 |
| Debtor(s) | Adversary No. 07-3178 |
| ERICKA S. PARKER, TRUSTEE | Judge Mary Ann Whipple |
| Plaintiffs | **MOTION TO DISMISS ADVERSARY** |
| -vs- | |
| MRS Associates Inc<br>3 Executive Campus<br>Suite 400<br>Cherry Hill, NJ 08002 | |
| MRS Associates Inc<br>c/o Immerman & Tobin Co., LPA<br>632 Vine Street, STE 1010<br>Cincinnati, OH 45202<br>Statutory Agent | |
| Defendants. | |

  Now comes the Plaintiff, by and through counsel, and respectfully moves this Court to dismiss the within cause with prejudice, the Defendant has paid to the Trustee the preferential payment in the amount of $8,000.00.

                    Respectfully submitted,

                    **/s/Ericka S. Parker**
                    Ericka S. Parker (0068217)
                    33 S. Michigan St., #203
                    Toledo, OH 43604
                    419-243-0900
                    FAX (419) 243-0955

## CERTIFICATE OF SERVICE
## AND NOTICE PURSUANT TO LOCAL RULE 9013-1(a)

Please take note that the Respondent has ten days from service of this motion to file and serve a response or a request for a hearing, and that if a response or request is not timely filed with the court and served on the Movant c/o Ericka S. Parker, Law Offices of Ericka S. Parker LLC, 33 S. Michigan St., #203, Toledo, OH 43604, the Court may grant the relief requested without hearing.

I hereby certify that a copy of the foregoing was sent to the individuals listed below by ordinary U.S. Mail, postage prepaid, or by electronic transmission to those persons capable of being served by ECF, on this Friday, September 21, 2007.

MRS Associates Inc
3 Executive Campus
Suite 400
Cherry Hill, NJ 08002
*via regular U.S. Mail

MRS Associates Inc
c/o Immerman & Tobin Co., LPA
632 Vine Street, STE 1010
Cincinnati, OH 45202
Statutory Agent
*via regular U.S. Mail

Office of the US Trustee
*Served Electronically

/s/Ericka S. Parker
Ericka S. Parker